# EXHIBIT A

43380080;1

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | <br>**CIVIL SUMMONS** | Case No. **19 CI 03644**<br>Court   [ ] Circuit  [ ] District<br>County _____ |

Mark A Bailey

**PLAINTIFF**
**JEFFERSON CIRCUIT COURT**
**DIVISION FIVE (5)**

VS.

LL Flex LLC
1225 West Burnett ST
Louisville KY 40211

**DEFENDANT**

Service of Process Agent for Defendant:
_____
_____
_____

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

DAVID L. NICHOLSON, CLERK

Date: JUN 14 2019, 2_____

By: _____ Clerk
                                    D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this _____ day of _____, 2_____.

Served by: _____
                _____ Title

19CI03644

JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)

June 14-2019

To the Court and Judge

My name is Mark A Bailey I worked for LLF Plant for 37 1/2 yrs. Was Termanted in June 2014 for absente points. Which Total Seven points.

I am asking the Court to here my Case on my pension amount for my years of Serivce. 960 amonth is the wrong amount the amount should be 1500 a Month. LLFlex also owes me 13 wks of a lump sum of money.

The Company it had a point system which was used in a decesming way. For some Employes you got points in my Case I had a tempeory disabalit which was a sleeping problem and mental helth problem and was on Family Medical Leave act and the Company LLFlex LLC did not want to hear. I have all medical records to prove my case. After I was Let go there was no uneploymet clns / No Arbratie from the united steel Workers union. I became homeless and in and out of mental Hospitals for 2 years. Never thought after working all your life for a Company that

over

this Could hapen to me.
a piont system that gives points to a Sclect frew is no good.
if I have a chance whould Like to Let the Court no just what did happen to Cause my being Let go by the Company with a point System which is no good. There is a Lot more to my Case and thats why if the Courts will here my Case Maybe Some one will here this Case and I can get justic. And at Least get my pension Corected. Having a disability in Life is Just Life.

Thank You

[signature]

6/14/2019

10:30 AM

Friday