UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARK A. BAILEY                                                                                          Plaintiff

v.                                                                              Civil Action No. 3:19-cv-499-RGJ-CHL

LLFlex, LLC                                                                                              Defendant

\* \* \* \* \*

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on the motion to dismiss filed by the Defendant LLFlex, LLC ("LLFlex"). [DE 6]. This motion was referred to United States Magistrate Judge Colin H. Lindsay for report and recommendation. [DE 14]. Plaintiff Mark A. Bailey ("Bailey") did not file a response. Judge Lindsay entered his Report and Recommendation [DE 23] on July 31, 2020, recommending that the motion be granted. The time for objections to the magistrate judge's recommendation expired on August 14, 2020. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Bailey did not file objections and the time for doing so has passed. This matter is now ripe for adjudication.

A district court may refer a motion to a magistrate judge for the preparation of a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(1). "A magistrate judge must promptly conduct the required proceedings . . . [and] enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court need not review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is

made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed  *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, because no party has objected to the Report and Recommendation, the Court may accept it without review.  *See Thomas*, 474 U.S. at 150, 155. Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. Accordingly, and the Court being otherwise sufficiently advised, **IT ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge Colin H. Lindsay, [DE 23], is **ACCEPTED** in whole and **INCORPORATED** by reference.

(2) A separate judgment shall issue this date.

cc: Counsel of Record